**KEVIN T. CONWAY, ESQ.**
ATTORNEY AT LAW
LICENSED IN
N.Y., N.J., CT.

| | |
|---|---|
| 80 Red Schoolhouse Road, Suite 110 | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| Spring Valley, NY 10977 | 61 Paramus Road, Suite 250 |
| Tel: (845) 352-0206 | Paramus, NJ 07652 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |

January 6, 2020

The Honorable Alvin W. Thompson
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street - Suite 240
Hartford, Connecticut 06103

> Re:   **_3:18-cv-01046-AWT - Plaintiff's Letter Motion for a Status Conference or in the alternative a Settlement Conference_**

Honorable Judge Thompson:

This firm represents the Plaintiff, Malibu Media, LLC, in the above referenced matter. On June 20, 2018, Plaintiff filed its Complaint against Defendant, John Doe Subscriber assigned IP Address 32.212.63.93.

On July 2, 2018, Plaintiff was granted leave to Serve a Third-Party Subpoena on the Defendant's Internet Service Provider, Frontier Communications [CM/ECF 10] to obtain the Defendant's identifying information.  On or about July 2, 2018 Plaintiff served the subpoena on the ISP on and received the ISP's response on July 28, 2018.  Plaintiff investigated the information provided by the ISP and decided to proceed with its case against the subscriber.

On September 26, 2018, Plaintiff filed its Amended Complaint [CM/ECF 17]. The Defendant filed his Answer to the Amended Complaint on October 26, 2018 [CM/ECF 21]. On November 6, 2018, a telephone status conference was held before his Honor, the undersigned and Defendant. Since the date of the telephonic status conference, there has been little to no activity on this case. The undersigned hereby requests a status conference between the parties to resume activity in this matter and to reinstate the pretrial deadlines, or in the alternative, seeks the setting of a settlement conference between the parties.

**[Remainder of Page Left Blank Intentionally]**

Dated: January 6, 2020  Respectfully submitted,

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq (30364)
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

By: /s/ *Kevin T. Conway*
Kevin T. Conway, Esq.

**Service List**
[Redacted]